HENRY THIES, Appellant, v. REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., et al., Defendants, and FREDERICK BEERS, Respondent.

Argued January 20, 1937; decided March 9, 1937.

*Elvin N. Edwards* and *Harvey J. George* for appellant.
*James G. Purdy, Arthur K. Wing, George S. Wing*
and *William J. Ahern* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.